**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 19, 2010**

Mr. J. Kent Emison
Ms. Phyllis A. Norman
Langdon & Emison
911 Main Street
Lexington, MO 64067

     Re:    *Raiche et al v. Wyeth Inc et al*, 4:10-CV-01202-WRW

Dear Counsel:

On October 13, 2010, you filed a motion to remand for lack of diversity.[1] Defendants responded that the non-diverse defendant doctor was fraudulently joined and should be dismissed.[2]

On November 16, 2010, you filed a Notice of Withdrawal of Motion to Remand.[3]

Are you conceding that the non-diverse defendant doctor is fraudulently joined and should be dismissed? Please respond by noon, Wednesday, November 24, 2010.

                                       Cordially,

                                       /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 27

[2] Doc. Nos. 30, 31.

[3] Doc. No. 33.